**Order entered March 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01567-CR
No. 05-13-01568-CR

**CHARLES EUGENE PATTERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-31643-R, F10-62247-R**

## ORDER

The Court **ORDERS** the Dallas County District Clerk to file the clerk's record in these appeals within **TWENTY-ONE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/    LANA MYERS
       JUSTICE